UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| CMH MANUFACTURING, INC., <br> CLAYTON HOMES, INC., <br> CMH HODGENVILLE, INC., <br> CMH MANUFACTURING WEST, INC., <br> SOUTHERN ENERGY HOMES, INC., <br> GILES INDUSTRIES, INC., <br> CAVALIER HOME BUILDERS, LLC, <br> AL/TEX HOMES, INC., <br> and CLAYTON COMMERCIAL BUILDINGS, INC., <br><br> Plaintiffs, <br> vs. <br><br> US GREENFIBER, LLC, <br><br> Defendant. | Case No. 3:12-cv-00273 |

ORDER

This civil action is before the Court on the Motion for Admission *Pro Hac Vice* [Doc. 29.] Christina M. Saunders, counsel for the Plaintiffs, moves the Court for admission to appear in this action *pro hac vice*. It appears to the Court that Counselor Saunders has met the requirements of E.D. Tenn. L.R. 83.5(b)(2), and for good cause shown, it is hereby ordered that the motion [Doc. 29.] is **GRANTED** and that Christina M. Saunders be admitted to practice before this Court for the pendency of this matter.

**IT IS SO ORDERED**.

                                **ENTER:**

                                s/ Thomas W. Phillips
                                United States District Judge