| | |
|---|---|
| CMH MANUFACTURING, INC., ) <br> CLAYTON HOMES, INC., ) <br> CMH HODGENVILLE, INC., ) <br> CMH MANUFACTURING WEST, INC., ) <br> SOUTHERN ENERGY HOMES, INC., ) <br> GILES INDUSTRIES, INC., ) <br> CAVALIER HOME BUILDERS, LLC, ) <br> AL/TEX HOMES, INC., ) <br> and CLAYTON COMMERCIAL BUILDINGS, ) <br> INC., ) <br> ) <br> Plaintiffs, ) <br> vs. ) <br> ) <br> US GREENFIBER, LLC, ) <br> ) <br> Defendant. ) | Case No. 3:12-cv-00273 |

ORDER

This civil action is before the Court on the Motion for Admission *Pro Hac Vice.* [Docs. 8 and 10] Christopher S. Burnside and Stephen E. Embry, counsel for the Defendants, moves the Court for admission to appear in this action *pro hac vice*. It appears to the Court that counsel have met the requirements of E.D. Tenn. L.R. 83.5(b)(2), and for good cause shown, it is hereby ordered that the Motions [Docs. 8 and 10] are **GRANTED** and that Christopher S. Burnside and Stephen E. Embry be admitted to practice before this Court for the pendency of this matter.

**IT IS SO ORDERED**.

ENTER:

s/ Thomas W. Phillips
United States District Judge