UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

CMH MANUFACTURING, INC., et al. )
    Plaintiff, )
) CASE NO. 3:12-273
v. )
)
) **JUDGMENT**
US GREENFIBER, LLC, )
    Defendant )

\*\*\* \*\*\* \*\*\* \*\*\*

In accordance with the Opinion and Order entered on this date, the Court hereby ORDERS and ADJUDGES as follows:

1) The Defendant's Motion to Dismiss (DE 14) is GRANTED;

2) This action is DISMISSED and STRICKEN from the Court's active docket; and

3) this JUDGMENT is FINAL and APPEALABLE.

This 1st day of July, 2013.



Signed By:
Karen K. Caldwell
United States District Judge